# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **IZAMARY ESMERALD RAMIREZ-GONZALEZ,**<br>       Petitioner,<br><br>v.<br><br>**KIMBERLY NEELY, et al.,**<br>       Respondents. | Case No. 7:23-cv-1103-CLM-SGC |

## MEMORANDUM OPINION

The magistrate judge has entered a report (doc. 9), recommending the court deny Petitioner Izamary Esmerald Ramirez-Gonzalez's writ of habeas corpus under 28 U.S.C. § 2241 for failure to exhaust administrative remedies. The report notified the parties of their right to object, but the court has received no objections.

After careful consideration of the record and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court will deny Ramirez-Gonzalez's claims and dismiss her petition without prejudice for failure to exhaust. Because this § 2241 petition relates to a federal sentence, the court is not required to issue or deny a certificate of appealability.

The court will enter a separate final judgment that closes this case.

**Done** and **Ordered** on August 23, 2024.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE